

# NUMBER 13-16-00306-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ALMA AMBERSON,                                                 **Appellant,**

## v.

THE STATE OF TEXAS,                                             **Appellee.**

## On appeal from the County Court at Law No. 4
## of Nueces County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Order Per Curiam**

This cause is before the Court on appellant's amended motion to extend time to file reporter's record and appellant's brief. Appellant requests that this Court order the trial court to conduct an evidentiary hearing as to appellant's indigency and grant an extension for the filing of the reporter's record and appellate brief. The clerk's record

was filed on July 26, 2016. Appellant's motion includes an exhibit which is a motion for a free reporter's record filed with the trial court.

Pursuant to Texas Rule of Appellate Procedure 20.2, an appellant who is unable to pay for the appellate record may, by motion and affidavit, ask the trial court to have the appellate record furnished without charge. *See* TEX. R. APP. P. 20.2. Accordingly, we GRANT appellant's motion for the trial court to conduct an evidentiary hearing, ABATE this appeal, and REMAND the cause to the trial court for further proceedings. Upon remand, the trial court shall cause notice of a hearing to be given and, thereafter, conduct a hearing to determine the following:

1. Whether appellant desires to prosecute this appeal;

2. Whether appellant is indigent;

3. Whether appellant is entitled to a free appellate record due to her indigency; and

4. Whether appellant is entitled to appointed counsel.

If the trial court determines that appellant does want to continue the appeal and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint counsel to represent appellant in this appeal. If counsel is appointed, the name, address, telephone number, email address, and state bar number of the appointed counsel shall be included in the order of appointment.

The trial court shall cause its finding and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record and shall cause a supplemental reporter's record of any proceedings to be

2

prepared. The supplemental clerk's record and reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration thirty days from the date of this order.

Appellant's motion for an extension to file the reporter's record is GRANTED until December 6, 2016. Appellant's motion for an extension of time to file the brief is CARRIED WITH THE CASE.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of October, 2016.